UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 22-cr-293 (JPO) |
| | : | |
| DANIEL VEGAS | : | **ORDER** |
| Defendant. | : | |

This matter having come before the Court on the application of the defendant, Daniel Vegas, by his attorney, Lorraine Gauli-Rufo, requesting that Your Honor order MDC to provide Mr. Vegas with immediate and appropriate medical attention for three broken teeth and two exposed root canals for which he is in pain.

For good cause shown, it is hereby Ordered:

On this 27th day of December, 2022 that MDC provide Mr. Vegas with the

appropriate medical care as set forth herein.

_____
J. PAUL OETKEN
United States District Judge