

NEW JERSEY OFFICE
6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

December 27, 2022

*Via Email*
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> RE:     *US v. Daniel Vegas*
>            1:22-CR-00293 (JPO)

Dear Judge Oetken:

I was appointed as CJA counsel for defendant, Daniel Vegas, pursuant to the Criminal Justice Act (CJA) on August 24, 2022. This is an ongoing case wherein the defendant has just plead and the sentencing hearing has been scheduled for March 22, 2023.   Therefore, I respectfully request that the Court permit me to submit interim evouchers.

Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,

s/
Lorraine Gauli-Rufo
CJA Attorney for Daniel Vegas

So ordered.

12/29/2022

_____
J. PAUL OETKEN
United States District Judge